| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | DEBRA FIELDS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-12-280-TLN | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | **STIPULATION AND ORDER** | |
| v. | ) | **CONTINUING STATUS CONFERENCE** | |
| | ) | **AND EXCLUDING TIME** | |
| DEBRA FIELDS, | ) | | |
| | ) | Date: October 10, 2013 | |
| Defendant. | ) | Time: 9:30 a.m. | |
| | ) | Judge: Hon. Troy L. Nunley | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of September 12, 2013 be vacated, and the matter be set for status conference on October 10, 2013 at 9:30 a.m.

The reason for this continuance is to continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 10, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

/ / /

DATED: September 10, 2013                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender


                                             /s/ Matthew Scoble
                                             MATTHEW SCOBLE
                                             Designated Counsel for Service
                                             Attorney for DEBRA FIELDS


DATED: September 10, 2013                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Matthew Scoble for
                                             TODD PICKLES
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 12, 2013, status conference hearing be continued to October 3, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 10, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 10, 2013

                                             _____
                                             Troy L. Nunley
                                             United States District Judge