HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
DEBRA FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA FIELDS<br><br>Defendant. | Case No. 2:12-cr-280 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: November 14, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of October 10, 2013 be vacated, and the matter be set for status conference on November 14, 2013 at 9:30 a.m.

The reason for this continuance is because counsel for DEBRA FIELDS will be engaged in a jury trial the week of October 7, 2013, and so unavailable for the scheduled status conference.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 14, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 3, 2013

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Matthew M. Scoble*
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for Defendant
        DEBRA FIELDS

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on October 3, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently set for Thursday, October 10, 2013, be vacated and that a status conference be set for Thursday, November 14, 2013, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 3, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 3, 2013, through and including November 14, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 7, 2013

        _____
        Troy L. Nunley
        United States District Judge