HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_scoble@fd.org

Attorney for Defendant
DEBRA FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-280 TLN |
| Plaintiff, | ) STIPULATION ORDER CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDING TIME |
| vs. | ) |
| | ) Date: January 9, 2014 |
| DEBRA FIELDS | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of November 14, 2013 be vacated, and the matter be set for status conference on January 9, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 9, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| Dated: November 7, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for Defendant<br>DEBRA FIELDS |
| Dated: November 7, 2013 | | BENJAMIN WAGNER<br>United States Attorney |
| | | */s/ Matthew M. Scoble for*<br>TODD PICKLES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 7, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, November 14, 2013, be vacated and that a status conference be set for Thursday, January 9, 2014, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 7, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of November 7, 2013, through and including January 9, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: November 7, 2013

_____
Troy L. Nunley
United States District Judge